# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 186 MAL 2017

                    Respondent   :

  :   Petition for Allowance of Appeal from
  :   the Order of the Superior Court

        v.   :

STEVEN CAIATI,   :

                    Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.